UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 20-cv-03859-JST<br><br>**ORDER OF DISMISSAL** |

On June 11, 2020, plaintiff filed the instant petition for a writ of habeas corpus. ECF No. 1. That same day, the Court informed petitioner that this action was deficient because he had not submitted a petition on the proper form and had not paid the filing fee or submitted an *in forma pauperis* application. ECF Nos. 2, 3. Petitioner was instructed to, within twenty-eight days of the date of the order, file a completed petition on the proper form and either pay the filing fee or submit an *in forma pauperis* application. *Id.* Petitioner was provided copies of the Court's habeas petition form and *in forma pauperis* application form. *Id.* The deadline has passed, and petitioner has not filed a completed petition on the proper form. Petitioner also has neither paid the filing fee nor submitted an *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must be accompanied by a completed petition on the proper form and either a complete *in forma pauperis* application or the filing fee.

//

//

//

//

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2020



JON S. TIGAR
United States District Judge

2